IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GUILLERMO VELA,

    Plaintiff,

v.                                                              CASE NO. 25-3034-JWL

(FNU) SHAVELY, et al.,

    Defendants.

## MEMORANDUM AND ORDER

This civil rights action under 42 U.S.C. § 1983 comes before the Court on Plaintiff's pro se motion for extension of time (Doc. 3) to comply with the notice of deficiency (Doc. 2) issued on February 28, 2025. The motion will be granted and Plaintiff will be granted to and including April 30, 2025 to comply with the notice of deficiency by (1) submit his complaint upon the required, court-approved forms and (2) either pay the $405.00 filing fee or submit a motion to proceed in without prepayment of fees and the required documentation. No further extensions will be granted.

**IT IS THEREFORE ORDERED** that the Motion for Extension of Time (Doc. 3) is **granted.** Plaintiff is granted to and including April 30, 2025 in which to comply with the notice of deficiency issued on February 28, 2025 (Doc. 2).

**IT IS SO ORDERED.**

DATED: This 27th day of March, 2025, at Kansas City, Kansas.

                                                            S/ John W. Lungstrum
                                                            JOHN W. LUNGSTRUM
                                                            United States District Judge